# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

PRESTON WAYNE BOGART,

        Plaintiff,

v.                                       CV 14-61 WPL

CAROLYN W. COLVIN, *Acting Commissioner
of the Social Security Administration*,

        Defendant.

## ORDER

        This matter comes before me on Bogart's Motion for Attorney Fees Under the Equal Access to Justice Act. (Doc. 31.) The motion does not indicate whether it is opposed or unopposed, as required by D.N.M.LR-Civ. 7.1(a). Because the motion does not comply with Local Rule 7.1(a), it is hereby denied.

                                                                                   William P. Lynch
                                                                                   United States Magistrate Judge